IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LONNELL REGINALD WIDEMAN, | CIV. NO. 13-00081 SOM/BMK |
| Plaintiff, | |
| vs. | ORDER DENYING *IN FORMA PAUPERIS* APPLICATION |
| NEIL ABERCROMBIE, et al., | |
| Defendants. | |

**ORDER DENYING *IN FORMA PAUPERIS* APPLICATION**

Plaintiff is confined at the Saguaro Correctional Center, located in Eloy, Arizona, and has filed *pro se* a civil rights complaint and an *in forma pauperis* application. Plaintiff's *in forma pauperis* application is incomplete. It is not on court-approved forms and does not contain a certified prison trust account statement showing the withdrawals and deposits to his account over the previous six months, and Plaintiff has not agreed to withdrawal of his funds for commencement of this action. *See* 28 U.S.C. § 1915(a)(2). It is DENIED without prejudice.

Parties filing actions in the United States District Court are required to pay filing fees. 28 U.S.C. § 1914(a). An action may not proceed without the immediate payment of a filing fee or *in forma pauperis* status. *See* 28 U.S.C. § 1915. Prisoners must file their *in forma pauperis* requests on court-approved forms, which are available at all prisons housing Hawaii's prisoners. *See* Local Rule LR99.7.10.

On or before **MARCH 26, 2013**, Plaintiff must pay the filing fee of $350.00, or submit a fully completed *in forma pauperis* application on the court's approved prisoner form, including a certified six-month trust account statement showing that he is a pauper within the meaning of the statute. Failure to do so will result in AUTOMATIC DISMISSAL of the Complaint and action without prejudice for failure to prosecute this action or to follow a court order. *See* Fed. R. Civ. P. 41(b); *see also Olivares v. Marshall*, 59 F.3d 109, 112 (9th Cir. 1995); *In re Perroton*, 958 F.2d 889, 890 (9th Cir. 1992); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (holding that a district court may dismiss an action for failure to comply with any court order).

Plaintiff is NOTIFIED that the court will take no action on any motions that he files until he submits a completed *in forma pauperis* application or pays the filing fee. The Clerk of Court is DIRECTED to send Plaintiff a copy of the court's prisoner *in forma pauperis* application so that he may comply with this Order.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 26, 2013.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

*Wideman v. Abercrombie, et al.*, 1:12-cv-00081 SOM/BMK; Order Denying *In Forma Pauperis* Application